UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

UNITED STATES OF AMERICA            :

    -v-                                  :       **ORDER**
                                                 06 Cr.538 (PKC)

CARL MARSHALL,                       :

    Defendant.                       :
---------------------------------X

Upon the **EX-PARTE** application of CARL MARSHALL by his attorney, Alan M. Nelson, for an Order authorizing the appointment of **LEE BERGSTEIN, ESQ.** as Associate Counsel, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A;

**IT IS HEREBY ORDERED**, that:

I.    **LEE BERGSTEIN, ESQ.**, is appointed as Associate Counsel, to assist in the representation of CARL MARSHALL in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at a rate of sixty-five dollars ($65.00) per hour.

II.    That the first fifteen (15) hours of representation shall be provided on a pro-bono basis.

Dated:    New York, New York
               November  , 2019
               11/19/2019

**SO ORDERED**

*[signature]*

**HONORABLE P. KEVIN CASTEL, U.S.D.J**