UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                           06-cr-538-03 (PKC)

       -against-                                           ORDER

CARL MARSHALL,

               Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

      The evidentiary hearing originally scheduled for November 25, 2019 is adjourned to December 9, 2019 at 11:00 a.m. in Courtroom 11D.

      SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
        November 20, 2019