UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

CARL MARSHALL,

    Defendant.
-------------------------------------------------------X

**ORDER AUTHORIZING
COUNSEL TO BRING COMPUTER
INTO COURTHOUSE FOR TRIAL**

06 Cr. 538 (PKC)

Upon the application of the defendant, CARL MARSHALL, by his attorneys, Alan M. Nelson, Esq., and Lee. Berstein, Esq., pursuant to 18 USC, Sec. 3006 A, subd. (e), and upon finding that the interest of justice would be served thereby, it is hereby:

ORDERED, that the defendant's assigned attorneys, ALAN M. NELSON, Esq., and associate counsel LEE BERGSTEIN, Esq., each be authorized to bring into the courthouse(1) a laptop computer; for use during the trial of the above-captioned matter commencing on December 9, 2019 and to its conclusion on a daily basis.

SO ORDERED

_____
HONORABLE P. KEVIN CASTEL, U.S.D.J

Dated: New York, New York
       November 20, 2019