**ALAN M. NELSON**
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

*Application to withdraw is GRANTED with the thanks and congratulations of the Court.*

*SO ORDERED*

*/s/ PKC, USDJ*
*7-8-20*

July 8, 2020

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street 10007

Re: United States v. Carl Marshall
Cr 06-538 (PKC)

Dear Judge Castel:

Please accept this correspondence as a request to be relieved and for the appointment of new counsel to represent the above named defendant pursuant to the Criminal Justice Act.

In late December, 2019, I applied to become the new CJA Case Budgeting Attorney for the Court of Appeals for the Second Circuit. I am pleased to advise the Court that on April 6, 2020 I was offered and have accepted that position. I commenced my employment on May 4, 2020 in that capacity.

In this capacity I shall not be able to further represent my CJA clients as counsel to effectively perform my duties and responsibilities while avoiding any potential conflict of interest. Accordingly, it is respectfully requested that I be relieved and CJA counsel be appointed as replacement counsel pursuant to the Criminal Justice Act for Mr. Marshall.

I have been advised by AUSA Stephanie Lake that Mr. Marshall's brother was murdered this weekend. I have been further advised that law enforcement agents desire to speak with Mr. Marshall immediately concerning his brother's murder. Mr. Marshall is presently detained in GEO serving the sentence imposed by this Court in December 2019.

Were I counsel, I would advise Mr. Marshall not to discuss this matter with law enforcement without first having received advise of counsel and have so informed the government. Due to the urgency of this matter, I respectfully request that the Court appoint the CJA duty attorney for today to represent Mr. Marshall.

Respectfully submitted,

/s/ Alan Nelson